UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: 8/5/2020 _____
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| TAKIA R. SIMMONS, | ) |
| Plaintiff, | ) |
| v. | ) |
| INDIANA PLK, LLC, | ) CAUSE NO: 1:20-cv-00898-SEB-TAB |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by counsel, and respectfully stipulate and agree that all claims may be dismissed, with prejudice, for the reason that such claims have been compromised and settled.

WHEREFORE, the parties, by their respective counsel, pray that the Court dismiss the claims of all parties in this case, with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

FOX WILLIAMS & SINK                          BARRETT MCNAGNY LLP

By:*/s/ Ryan C. Fox*                         By:*/s/ Anthony M. Stites*
   Ryan C. Fox #21631-49                        Anthony M. Stites  #14078-71
   6177 North College Avenue                    215 East Berry Street
   Indianapolis, IN 46220                       P. O. Box 2263
   rfox@fwslegal.com                            Fort Wayne, Indiana 46801
   *Attorneys for Plaintiff*                     Telephone: (260) 423-9551
                                                ams@barrettlaw.com
                                                *Attorneys for Defendant*